# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID TODD STEPHENS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION 1:22-00003-KD-B |
| CLIFTON ROBINSON, *et al.*, ) | |
|     Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 25, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute this action and to comply with the Court's orders.

**DONE** and **ORDERED** this the **20th** day of **May 2022.**

                                    /s/ Kristi K. DuBose
                                    **KRISTI K. DuBOSE**
                                    **UNITED STATES DISTRICT JUDGE**